# SEALED

United States Department of Justice
United States Attorney's Office
District Of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702)388-6336

1   STEVEN W. MYHRE
    Acting United States Attorney
2   TROY K. FLAKE
    Assistant United States Attorney
3   501 Las Vegas Boulevard South, Suite 1100
    Las Vegas, Nevada 89101
4   Telephone: 702-388-6336
    Email: troy.flake@usdoj.gov
5
    Attorneys for the United States
6

```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                           COUNSEL/PARTIES OF RECORD

                        MAY 16 2017

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
            BY:_____DEPUTY
```

7                   UNITED STATES DISTRICT COURT

8                      FOR THE DISTRICT OF NEVADA

9

10  UNITED STATES OF AMERICA           )
    ex rel. SELINA LACEY, Relatrix     ) Case No. 2:17-cv-07810-JAD-VCF
11                                     )
         and                           ) **FILED EX PARTE**
12                                     ) **AND UNDER SEAL**
    SELINA LACEY                       )
13                                     ) **NOTICE DECLINING**
              Plaintiffs,              ) **INTERVENTION**
14                                     )
    v.                                 )
15                                     )
    HA T. NGO, HANH LY, ROGER LY, and  )
16  ROGER LY as TRUSTEE of LY FAMILY   )
    REVOCABLE TRUST,                   )
17                                     )
              Defendants.              )
18                                     )
                                       )
19  _____

20      **UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**

21      Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies

22  the Court of its decision not to intervene in this action.

23      Although the United States declines to intervene, the government respectfully refers the

24  Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of

25  the United States; providing, however, that the "action may be dismissed only if the court and the

26  Attorney General give written consent to the dismissal and their reasons for consenting." *Id*. The

27  United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language,

28  the United States has the right only to a hearing when it objects to a settlement or dismissal of

                                        1

the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States and that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all Notices of Appeal.

Finally, the United States requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated this 16th day of May, 2017.

STEVEN W. MYHRE
Acting United States Attorney

TROY K. FLAKE
Assistant United States Attorney

STEVEN W. MYHRE
Acting United States Attorney
TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *troy.flake@usdoj.gov*

*Attorneys for the United States*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SELINA LACEY, Relatrix<br><br>and<br><br>SELINA LACEY<br><br>Plaintiffs,<br><br>v.<br><br>HA T. NGO, HANH LY, ROGER LY, and ROGER LY as TRUSTEE of LY FAMILY REVOCABLE TRUST,<br><br>Defendants. | Case No. 2:17-cv-07810-JAD-VCF<br><br>**FILED EX PARTE AND UNDER SEAL** |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the United States' Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this

1

Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S. C. § 3730(c)(3). The United States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED,

This 31st day of May, 2017.

United States ~~District~~ Judge
Magistrate