RON SUNG, ESQ.
Nevada State Bar No. 13047
DAVID OLSHAN, ESQ.
Nevada State Bar No. 4126
Nevada Legal Services, Inc.
530 South 6th Street
Las Vegas, Nevada 89101
(702) 386-0404 x148
Facsimile (702) 388-1641
rsung@nlslaw.net
dolshan@nlslaw.net
*Attorneys for Selina Lacey*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SELINA LACEY, Relatrix, <br><br> and <br><br> SELINA LACEY, <br><br> Plaintiffs, <br><br> v. <br><br> HA T. NGO, HANH LY, ROGER LY, and ROGER LY as TRUSTEE of LY FAMILY REVOCABLE TRUST, <br><br> Defendant. | Case No.: 2:17-CV-00781-JAD-VCF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> ECF No. 21 |

COMES NOW Plaintiff/Relatrix SELINA LACEY, and Defendants HA T. NGO, HANH LY, ROGER LY, and ROGER LY as TRUSTEE of LY FAMILY REVOCABLE TRUST, by and through their counsels of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate and agree that this case be dismissed with prejudice per settlement agreement. Please note that the United States may file a consent to dismissal.

1

| | | |
|---|---|---|
| February 5, 2018<br>Date | | /s/ RON SUNG<br>RON SUNG, ESQ.<br>Nevada State Bar No. 13047<br>I. KRISTINE BERGSTROM, ESQ.<br>Nevada State Bar No. 10841<br>Nevada Legal Services, Inc.<br>530 South Sixth Street<br>Las Vegas, Nevada 89101<br>(702) 386-0404 x148<br>*Attorneys for Selina Lacey* |
| February 5, 2018<br>Date | | /s/ JAMES KWON<br>JAMES KWON, ESQ.<br>Nevada Bar No. 8146<br>James Kwon, LLC<br>5808 Spring Mountain Road, Suite 107<br>Las Vegas, NV 89146<br>*Attorney for Defendants* |

**ORDER**

Based on the stipulation of the parties [ECF No. 21] and good cause appearing,

IT IS HEREBY ORDERED that this case be dismissed with prejudice.

The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE

Dated: 2-14-18